**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JIMMIE DERELL COOPER, | ) | |
| | ) | |
| Petitioner, | ) | 2:11-cv-00473-JCM-LRL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ATTORNEY GENERAL OF | ) | |
| THE STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner, a Nevada prisoner, has filed a petition for writ of habeas corpus (docket #1-1). By order dated April 8, 2011, the court denied petitioner's application to proceed *in forma pauperis*, and directed petitioner to submit the $5.00 filing fee within thirty (30) days (docket #2). The order was served on petitioner at his address of record.

More than the allotted time has elapsed and petitioner has not responded to the court's order in any manner. Accordingly, this entire action will be dismissed for failure to comply with the court's order.

**IT IS THEREFORE ORDERED** that the Clerk shall **DETACH** and **FILE** the petition for writ of habeas corpus (docket #1-1).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED without prejudice** for failure to obey this court's Order to pay the filing fee**.**

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 14th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE

2